UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

KIOK CHON Individually and On Behalf of
All Others Similarly Situated,

                Plaintiff,

-against-

CITIANK, N.A.,

                Defendant.

Civil Case No. 7:21-cv-08439-KMK

**STIPULATION OF VOLUNTARY
DISMISAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kiok Chon ("Plaintiff") and Defendant Citibank, N.A. ("Defendant") hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice and the dismissal of this action, with each party to bear its own costs and fees.

Dated: New York, New York
         February 9, 2022

By: /s/ Shelly A. Leonard

Steven Bennett Blau
Shelly A. Leonard
Blau Leonard Law Group, LLC
23 Green Street, Suite 105
Huntington, New York 11743
(631) 458-1010
sblau@blauleonardlaw.com
sleonard@blauleonardlaw.com

*Counsel for Plaintiff Kiok Chon,
individually and on behalf of all others
similarly situated*

By: /s/ Jennifer Marie Rosa

Jennifer Marie Rosa
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2578
jrosa@mayerbrown.com

*Counsel for Defendant Citibank, N.A.*

So Ordered: _____
U.S. District Court Judge Kenneth M. Karas
2/14/2022